USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

y-DIS-2 **PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | MISC. NO. 2:10mc3493-mef |
| DEFENDANT | TYPE OF PROCESS |
| BRIAN TYRONE PLEASANT | Application, Writ & Affidavit, Instruction, notice |

RECEIVED 2010 MAR 19 P 3:30

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ruby Tuesday, Corporate Office
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
150 W. Church Avenue, Maryville, TN 37801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U. S. Attorney's Office
Attn: M. Tunnell
131 Clayton Street
Montgomery, AL 36104

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Phone: 1-800-325-0755 ex. 5956

Signature of Attorney other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 334-223-7280
DATE: 2/16/10

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 2 | District to Serve No. 74 | Signature of Authorized USMS Deputy or Clerk | Date 2/23/10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 12 MAR 10
Time: 9:00 ☑ am ☐ pm

Signature of U.S. Marshal or Deputy Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 55.00 | | 8.00 | 63.00 | | $0.00 |

REMARKS: 3/2/10 FWD to E/TN for service

SERVED TO: Tracy Hurst, Cust of Rec. TNDL 076608458 12MAR10 9:00AM

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# UNITED STATES MARSHALS SERVICE
## SERVICE OF PROCESS FEE SCHEDULE

RECEIVED

2010 MAR 19 P 3: 30

CASE #: 2:10 MC 3493 - MEF
TYPE OF PROCESS: APPLICATION / WRIT / INST / NOTICE
COMMENCING DATE: 10 MAR 10    ENDING DATE: 12 MAR 10
START TIME: 8:00 AM    TIME COMPLETED: 9:00 AM
**RATES FOR SERVICE:**

        FIRST HOUR OR ANY PART THEREOF: ......................... $55.00 FOR FIRST DUSM
        EACH ADDITIONAL HOUR: _____ HOURS @ $55.00/HOUR = $

BEGINNING WITH THE SECOND DEPUTY OR ANY ADDITIONAL DEPUTIES, CHARGES, ARE INCURRED FROM THE FIRST HOUR AT THE $55.00 PER HOUR RATE.

DUSM (2) _____    _____ HOURS @ $55.00/HOUR = $

DUSM (3) _____    _____ HOURS @ $55.00/HOUR = $

DUSM (4) _____    _____ HOURS @ $55.00/HOUR = $

                                                                                                                 SUBTOTAL = $ 55.00

                 ROUND TRIP MILEAGE 20 MILES @ $0.50 / MILE = $   10.00

                                                           PARKING FEES: $   0

                                                            TOLL CHARGES: $   0

OTHER EXPENSES (SPECIFY): _____   $   0

**TOTAL EXPENSES =** $   65.00

RETURNED AND FILED

MAR 2 3 2010

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

J-DIS-2

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>MISC. NO. 2:10mc3493-MEF |
|---|---|
| DEFENDANT<br>BRIAN TYRONE PLEASANT | TYPE OF PROCESS<br>Application, Writ & Affidavit, Instruction, notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ruby Tuesday, Corporate Office
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
150 W. Church Avenue, Maryville, TN 37801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U. S. Attorney's Office
Attn: M. Tunnell
131 Clayton Street
Montgomery, AL 36104

| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Phone: 1-800-325-0755 ex. 5956

Signature of Attorney other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 334-223-7280
DATE: 2/16/10

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 2 | District to Serve<br>No. 74 | Signature of Authorized USMS Deputy or Clerk | Date<br>2/23/10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

RETURNED AND FILED
MAR 23 2010
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 12MAR10    Time: 9:00 ☑ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 55.00 | | 8.00 | 63.00 | | $0.00 |

REMARKS: 3/2/10 FWD to E/TN for service

SERVED TO: TRACY HURST, CUST OF REC.  TNDL 076608458  12MAR10 9:00AM

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00