*2:10mc3493*

Ruby Tuesday

RECEIVED

2010 MAR 29  A 10: 40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Thursday, March 25, 2010

The following named employee is no longer employed by our company.

**Pleasant, Brian T**     SSN: ▮▮▮-▮▮-▮▮5
**125 Fleming Road**
**Montgomery, AL**     36113

was employed from    1/2/2010    to    2/12/2010

If you have any questions, please do not hesitate to call.

Sincerely,

*Heather Cooper*

Payroll Tax and Garnishments
Phone 865-379-5956

150 West Church Avenue
Maryville, Tennessee 37801
865-379-5956
Fax 865-380-7494